## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: ADOPTION OF A.H.        :  No. 35 MM 2021

                                      :

                                      :

PETITION OF: PETER DALEY, ESQ.    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 20th day of April, 2021, in consideration of the Application for Leave to Withdraw as Legal Counsel, this matter is REMANDED to the Court of Common Pleas of Cumberland County, Orphans' Court, for that court to adjudicate Attorney Peter Daley's request to withdraw. Additionally, the common pleas court is ORDERED to resolve any related request by C.W. for the appointment of counsel. *See* 23 Pa.C.S. §2313(a.1) (providing that a court "shall appoint counsel for a parent whose rights are subject to termination in an involuntary termination proceeding if, upon petition of the parent, the court determines that the parent is unable to pay for counsel or if payment would result in substantial financial hardship").

     The Court of Common Pleas of Cumberland County, Orphans' Court, is ORDERED to enter its order regarding this remand within 21 days and to notify this Court promptly of its determination.